# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-91-00374-CV

**Rickey D. Wright and Rick's Floor Store, Inc., Appellants**

**v.**

**John C. (Jack) Rose, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 130,430-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This Court abated this appeal in 1993 after receiving notice of a related bankruptcy. *See* Tex. R. App. P. 8.1, 8.2. After the abatement, no party to this appeal sought reinstatement. *See* Tex. R. App. P. 8.3. We have now been informed that the bankruptcy case related to this appeal is closed and, therefore, have reinstated the appeal.

On October 25, 2016, the Clerk of this Court sent notice to the parties that this appeal would be dismissed for want of prosecution unless a status report was filed on or before November 4, 2016, that provided reason to retain this appeal. *See* Tex. R. App. P. 42.3(b). To date, no response has been filed. Accordingly, we dismiss the appeal for want of prosecution.

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Field, and Bourland

Dismissed for Want of Prosecution

Filed:   April 7, 2017

2